Joseph VICARI, as Administrator
of the Estate of Barbara
Vicari, Deceased

v.

Joseph R. SPIEGEL, M.D., Pramila
Rani Anne, M.D., and Jefferson
Radiation Oncology Associates,

Petition of Joseph R. Spiegel, M.D.

Supreme Court of Pennsylvania.

May 27, 2009.

**ORDER**

PER CURIAM.

**AND NOW,** this 27th day of May 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below: Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity is:

Whether respondent's medical oncology expert was qualified to render standard of care opinions against an otolaryngologist and radiation oncologist under Section 512 of the Medical Care Availability and Reduction of Error Act, 40 P.S. § 1303.512.